IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LENNIE M. YOUNG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   2:06-cv-01482-RDP |
| | ) |
| **JACK GORDON ENTERPRISES, d/b/a** | ) |
| **BESSEMER PETROLEUM; KIM** | ) |
| **GORDON; and JACK GORDON,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, Plaintiff's motion for award of damages and attorney fees (Doc. #12) is due to be granted. An appropriate order will be entered.

**DONE** and **ORDERED** this     1st     day of May, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE